**Order entered December 10, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00369-CR

**JAMES EDWARD GRUMBLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-70745-Y**

## ORDER

The Court **GRANTS** the State's December 5, 2013 motion to extend time to file its brief. We **ORDER** the State's brief received on December 5, 2013 filed as of the date of this order.

On November 1, 2013, we ordered the Dallas County District Clerk to file a supplemental clerk's record containing the cost bill and other documents. To date, we have not received the supplemental clerk's record.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer*

*who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE